JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LIMON, | NO. CV 09-07355 SJO (FMOx) |
| Plaintiff, | |
| | **JUDGMENT IN FAVOR OF JUDGMENT** |
| v. | |
| AMERICAN RED CROSS, | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment was taken under submission by the Honorable S. James Otero of the United States District Court.

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law.

1 | IT IS THEREBY ORDERED that summary judgment shall be, and hereby is, entered in favor of Defendant American Red Cross as to all claims.

IT IS SO ADJUDGED.

Dated: October 6, 2010.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE